JOHN T. CASTLE, Appellant, *v.* FIRE ISLAND HOLDING CORPORATION, Respondent.

Argued October 18, 1937; decided November 16, 1937.

·*Richard Krause* and *Thomas F. Peterson* for appellant.
*Russel H. Kittel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.   Not voting: LEHMAN, J.